IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:06cv88

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| **NORTHWESTERN HOUSING ENTERPRISES,** ) | |
| **INC.; EDWARD G. FOWLER; JONATHAN D.** ) | |
| **PRESNELL and ELIZABETH P. PRESNELL;** ) | |
| **DONALD W. BARTON and LAURIE A.** ) | |
| **CIMINO; JASON E. JARRELL and SHIRON** ) | |
| **L. JARRELL; MARK M. ILLICH and** ) **ORDER** | |
| **BRANDY ILLICH; JOHN C. WATSON and** ) | |
| **JILL M. WATSON; SARA V. COOK;** ) | |
| **MICHAEL D. FORRESTER and AMY L.** ) | |
| **FORRESTER; WALTER D. ANDERSON and** ) | |
| **JENNIFER L. ANDERSON and ELIZABETH** ) | |
| **A. MURRAY; DARREN R. FAULKNER and** ) | |
| **JAMIE L. FAULKNER; and CHRISTOPHER** ) | |
| **H. ELLER,** ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| **NORTHWESTERN HOUSING ENTERPRISES,** ) | |
| **INC., EDWARD G. FOWLER,** ) | |
| ) | |
| Defendants and ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| **ST. PAUL TRAVELERS; and ST. PAUL FIRE** ) | |
| **AND MARINE INSURANCE COMPANY,** ) | |
| ) | |
| Third-Party Defendants. ) | |

**THIS MATTER** is before the court on the Notice of Oral Argument. In accordance with Rule 7(b)(1), Federal Rules of Civil Procedure, such pleading is stricken.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Notice of Oral Argument (#59) is **STRICKEN.**

Signed: December 27, 2007

Dennis L. Howell
United States Magistrate Judge