# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:06cv88

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | |
| ) | |
| NORTHWESTERN HOUSING ENTERPRISES, ) | |
| INC.; EDWARD G. FOWLER; JONATHAN D. ) | |
| PRESNELL and ELIZABETH P. PRESNELL; ) | |
| DONALD W. BARTON and LAURIE A. ) | |
| CIMINO; JASON E. JARRELL and SHIRON ) | |
| L. JARRELL; MARK M. ILLICH and ) | JUDGMENT |
| BRANDY ILLICH; JOHN C. WATSON and ) | |
| JILL M. WATSON; SARA V. COOK; ) | |
| MICHAEL D. FORRESTER and AMY L. ) | |
| FORRESTER; WALTER D. ANDERSON and ) | |
| JENNIFER L. ANDERSON and ELIZABETH ) | |
| A. MURRAY; DARREN R. FAULKNER and ) | |
| JAMIE L. FAULKNER; and CHRISTOPHER ) | |
| H. ELLER, ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| NORTHWESTERN HOUSING ENTERPRISES, ) | |
| INC., EDWARD G. FOWLER, ) | |
| ) | |
| Defendants and ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| ST. PAUL TRAVELERS; and ST. PAUL FIRE ) | |
| AND MARINE INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendants. ) | |
| _____ ) | |

**THIS MATTER** having come before the court in accordance with 28, United

States Code, Section 636(c), and on third-party defendants St. Paul Travelers' and St. Paul Fire and Marine Insurance Company's Motion for Summary Judgment and Auto-Owners Insurance Company's Motion for Summary Judgment, and having considered all the materials submitted and conducted a hearing, and the court having issued its Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED**

(1)     that  third-party defendants St. Paul Travelers' and St. Paul Fire and Marine Insurance Company's Motion for Summary Judgment (#36) is **GRANTED,** and  the third-party Complaint asserted against third-party defendants St. Paul Travelers and St. Paul Fire and Marine Insurance Company is otherwise **DISMISSED** with prejudice; and

(2)     Auto-Owners Insurance Company's Motion for Summary Judgment (#40) is **GRANTED,** and a **DECLARATORY JUDGMENT** is entered in favor of **AUTO-OWNERS INSURANCE COMPANY** and against defendants **NORTHWESTERN HOUSING ENTERPRISES, INC.,** and **EDWARD G. FOWLER,** declaring as follows: *it appearing that Auto-Owners does not seek summary judgment or a declaratory judgment as to the personal property claims or personal injury claims of the Presnell litigants or its duty to defend*, the court declares that ***AUTO-OWNERS INSURANCE COMPANY*** *has no duty to indemnify defendants **NORTHWESTERN HOUSING ENTERPRISES, INC.,** and **EDWARD G. FOWLER** for damage to the Presnell litigants'*

*homes or lots as alleged and asserted in the Watauga County action.*

Signed: March 31, 2008

Dennis L. Howell
United States Magistrate Judge